USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-2022

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF NADIA ZAHMOUL
FOR AN ORDER
PERMITTING ISSUANCE OF SUBPOENAS
TO TAKE DISCOVERY FOR USE IN A
FOREIGN PROCEEDING

No. 1:22-mc-00331

For the reasons stated, Applicant's application pursuant to § 1782 is GRANTED. It is ORDERED that Applicant may issue a subpoena for documents in substantially the same form as attached in support of the Application.

SO ORDERED.

Dated: _____Dec 9_____, 2022

_____
J., U.S.D.C.